# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 15-2705 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| PAGE EDMUNDS, III, et al, | |
| Defendants. | |

Bahram Samie, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Page Edmunds , III, Jazminu 3, Gineitiskiu km, Buivydiskiu ap-ke, Vilniaus r. 14159, Lithuania, *pro se* defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 6, 2016 (Docket No. 56), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Docket No. 35) is **DENIED**.

Date: January 10, 2017
at Minneapolis, Minnesota.

                                                       s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                                       Chief Judge
                                                       United States District Court